THE STATE, EX REL. CAPERS, *v.* CUYAHOGA COUNTY BOARD OF
ELECTIONS ET AL.

[Cite as State, ex rel. Capers, v. Bd. of Elections (1971),
26 Ohio St. 2d 169.]

(No. 71-260—Decided May 28, 1971.)

*Messrs. Schulman & Schulman,* for relatrix.
*Mr. John T. Corrigan,* prosecuting attorney, and *Mr.
John L. Dowling,* for respondents.

*Per Curiam.* Relatrix appears in this original action,
not merely as a citizen and elector, but as a declared, inde-
pendent candidate for mayor of Cleveland. She alleges
that her nominating part-petitions are being circulated
but as yet have not been filed with the board of elections. The
prayer of the petition is that respondents be compelled to
accept her nominating petitions at any time they might
be presented for filing.

The gist of her complaint is that the respondent board
has promulgated an order to its own employees which
would adversely affect the validity of her petition when,
as and if, filed.

Respondents have filed a motion to dismiss the com-
plaint for the reason that it does not state a cause of action
within the original jurisdiction of this court. We agree.

Until a candidate's nominating petition is filed with a
board of elections, no duty with respect thereto, enforcible
by a writ of mandamus, is incumbent upon such board.

170

The motion to dismiss is allowed and the action is dismissed.

*Complaint dismissed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, DUNCAN, CORRIGAN, STERN and LEACH, JJ., concur.